**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Donald Louis COLBERT, Jr., Defendant–Appellant.**

No. 08–11598
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 18, 2008.

Valentin Rodriguez, Jr., West Palm Beach, FL, for Defendant–Appellant.

Before BARKETT, WILSON and FAY, Circuit Judges.

PER CURIAM:

Valentin Rodriguez, appointed counsel for Donald Luis Colbert, filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Colbert's conviction and sentence are **AFFIRMED**.